UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:25-cr-00051-SRC ) |
| JAMOND M. RUSH, | ) ) |
| Defendant. | ) ) |

## Order

Jamond M. Rush moves to dismiss the one-count indictment charging him with possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1). Doc. 37. The Court referred Rush's motion to United States Magistrate Judge Abbie Crites-Leoni pursuant to 28 U.S.C. § 636(b). *See* docs. 1–2. On November 12, 2025, Judge Crites-Leoni issued a Report and Recommendation recommending that the Court deny Rush's motion. Doc. 39 at 6 (The Court cites to page numbers as assigned by CM/ECF.). Judge Crites-Leoni also advised Rush that he had 14 days, or until November 26, 2025, to file objections to the R&R, which he did not file. *See id.*

After careful consideration, the Court (1) sustains, adopts, and incorporates Judge Crites-Leoni's [39] Report and Recommendation; (2) denies Rush's [37] Amended Motion to Dismiss; and (3) denies as moot Rush's [20] Motion to Dismiss.

So ordered this 2nd day of December 2025.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE